JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DIONDRE RICHARDS,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC BELL TELEPHONE COMPANY dba AT&T SERVICES, INC., a California Corporation, and DOES 1 through 20, inclusive,<br><br>　　　Defendants. | Case No. 2:23-cv-00416-FMO (KSx)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE**<br><br>District Judge: Fernando M. Olguin<br>Courtroom: 6D<br><br>Magistrate Judge: Karen L. Stevenson<br>Courtroom: 580<br><br>Trial Date: March 26, 2024<br>Complaint Filed: December 15, 2022 |

　　The Court hereby grants Plaintiff DIONDRE RICHARDS and Defendant AT&T SERVICES, INC.'s Joint Motion to Dismiss All Claims With Prejudice.

　　GOOD CAUSE APPEARING, it is hereby ORDERED that: (a) Plaintiff's Complaint shall be dismissed with prejudice; and (b) each party shall bear its own costs and attorneys' fees.

　　IT IS SO ORDERED.

DATED: August 18, 2023　　　　　　　　　/S/ FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　　　Hon. Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE